

FILED

05/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0281

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0281

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DARRION LEE KRISTOPHER ZAVALA,

    Defendant and Appellant.

FILED

MAY 26 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant has filed a motion for extension of time to file the opening brief in the referenced matter. Good cause appearing.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until June 26, 2020, within which to file the opening brief.

DATED this 26 day of May, 2020.

For the Court,

By _____
              Chief Justice